UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
JERRY RAMRATTAN,

                    Petitioner,

                    **ORDER**

          -against-                    25-CV-5246 (NRM)

MICHAEL RITTER,

                    Respondent.
-------------------------------------------------------------------x
NINA R. MORRISON, United States District Judge:

       On October 28, 2025, Petitioner Jerry Ramrattan, proceeding *pro se,* submitted this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 challenging his 2011 Queens County conviction. *See generally* Petition, ECF No. 1. Petitioner did not pay the requisite filing fee or apply to proceed *in forma pauperis* ("IFP"). By letter dated October 28, 2025, the Court sent Petitioner a deficiency notice explaining that he must either pay the $5 filing fee or submit an IFP application to waive the filing fee within 14 days. ECF No. 2. To date, Petitioner has not submitted any response.

       In light of Petitioner's *pro se* status, the Court grants additional time to comply. If Petitioner wishes to proceed with this action, he must, within 30 days of the date of this Order, either (1) pay the requisite $5 filing fee to the Clerk of Court of the United States District Court for the Eastern District of New York; or (2) submit an IFP application that demonstrates indigency. However, if Petitioner fails to comply within 30 days from the date of this Order, the petition will be dismissed without prejudice. No further extension will be granted without good cause shown.

The Clerk of Court is requested to send a copy of this Order, along with an IFP application, to Petitioner at the address provided.[1]  No response to this action from the Respondent is required at this time.

SO ORDERED.

          /s/ Nina R. Morrison
NINA R. MORRISON
United States District Judge

Dated:      December 1, 2025
              Brooklyn, New York

---

[1] The Clerk of Court is directed to amend Petitioner's address to include the name of the facility at which Petitioner is incarcerated: Eastern Correctional Facility. *See* ECF No. 1 at 19.

2